IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:17-cr-062 |
| Plaintiff, | : | Judge Walter H. Rice |
| v. | : | |
| ANDREW DEMMA, | : | |
| Defendant. | : | |

## **FINAL ORDER OF FORFEITURE**

Upon the United States' Motion for Final Order of Forfeiture and the Court's review of the record, the Court HEREBY FINDS THAT:

On September 15, 2017, the Court entered a Preliminary Order of Forfeiture, finding that the following property (the "subject property") had been forfeited to the United States pursuant to 18 U.S.C. § 2253(a)(1) and (3):

    a.    Netgear Wireless-N USB Adapter, SN: 1WB29C5B0731, MAC 0026F28CD867; Logitech USB device;
    b.    MacMini, Model A1347, SN: CO7D9242DD6L, and mouse;
    c.    Antec (custom) computer, no SN, missing side panel;
    d.    Black Barnes and Noble Nook E-reader, Model BNRV200, FCCID XHHBNRV200-A; and
    e.    Black Motorola cellular telephone, Model XT875, IMEI 990000552545982, MSN M676SA2452.

The Court also found that the defendant had an interest in the subject property and directed the United States to seize the subject property and to give notice of its intent to forfeit the property.

The United States gave electronic notice through the CM/ECF notification system of the Motion for Preliminary Order of Forfeiture to counsel for the defendant, and the defendant did not object to the forfeiture.

The United States published notice of this forfeiture action and of its intent to dispose of the subject property in accordance with the law on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on September 19, 2017.

On October 3, 2018, the Court held the defendant's sentencing hearing. The Judgment establishes that the defendant shall forfeit the subject property to the United States.

The United States sent direct written notice of the Preliminary Order of Forfeiture to all persons who reasonably appeared to be a potential claimant with standing to contest the forfeiture of the subject property in the ancillary proceeding, including Becky Osgood in Dayton, Ohio.

No person or entity has filed a timely petition with the Court asserting any interest in the subject property or objecting to its proposed forfeiture.

THEREFORE, IT IS HEREBY ORDERED THAT:

1. All right, title, and interest in the subject property is condemned and forfeited to the United States under 18 U.S.C. § 2253(a)(1) and (3), and no right, title, or interest shall remain in any other person or entity.

2. The United States shall dispose of the subject property in accordance with the law.

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Final Order of Forfeiture.

SO ORDERED:

Dated: 4-23-19

WALTER H. RICE
UNITED STATES DISTRICT JUDGE